# UNITED STATES DISTRICT COURT

District of   Guam

U.S. MARSHALS-GUAM RECEIVED
18 MAY 2005 14 00 01

UNITED STATES OF AMERICA

V.

GILBERT JOSE MATTA

Case   MAGISTRATE NO. 05-00028

## WARRANT FOR ARREST

FILED
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **GILBERT JOSE MATTA**
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  **X** Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (Count II)**

in violation of Title _____21_____ United States Code, Section(s) _____841(a)(1) and 846_____

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

MAY 18, 2005, HAGATNA, GUAM
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   HAGATNA

| DATE RECEIVED 5/18/05 | NAME AND TITLE OF ARRESTING OFFICER  EDWIN PESTANO  ICE | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/18/05 | | |