AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Guam

U.S. MARSHALS-GUAM
RECEIVED
18 MAY 2005 14 00 01

UNITED STATES OF AMERICA

V.

JESSICA ROSE MESA

**WARRANT FOR ARREST**

Case MAGISTRATE NO. 05-00028

**FILED**
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JESSICA ROSE MESA** Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information X Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (Count II)**

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 846**

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

MAY 18, 2005, HAGATNA, GUAM
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

TAMUNING / MANGILAO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/18/05 | ERWIN FEJERAN | |
| DATE OF ARREST 5/18/05 | TFA US ICE | |

ORIGINAL