

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF GUAM

10

11

12 UNITED STATES OF AMERICA,           ) MAGISTRATE CASE NO. 05-00028
                                        )
13              Plaintiff,              )
                                        ) MOTION TO DISMISS COMPLAINT;
14       vs.                            ) AND ORDER
                                        )
15 SEAN MICHAEL COLE                    )
   a/k/a SHAWN COLE,                    )
16 GILBERT JOSE MATTA, and              )
   JESSICA ROSE MESA,                   )
17                                      )
                Defendants.             )
18 _____)

19     COMES NOW the plaintiff, United States of America, by and through its undersigned

20 attorney, and moves that the Complaint in the above cause against defendants SEAN MICHAEL

21 COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, and JESSICA ROSE MESA, be

22 //

23 //

24 //

25 //

26 //

27 //

28 //

dismissed, for the reason that the defendants hve been charged through an Indictment on May 25, 2005, under Criminal Case No. 05-00039, which said Indictment has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 26th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**IT IS SO ORDERED** this 27th day of May, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam


RECEIVED
MAY 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM